No. 23, original. Ex parte Harper et al. Return to rule submitted January 5, 1931. Decided January 12, 1931. Upon consideration of the return of the Honorable John E. Martineau, Judge of the District Court of the United States for the Eastern District of Arkansas to the rule, issued in this case, to show cause why a writ of mandamus should not issue herein, it is now here ordered that the said rule be, and the same is hereby, discharged, and that the petition be, and the same hereby is, denied. *Mr. Charles T. Coleman* for petitioners. *Mr. Charles D. Frierson* for respondent.

No. 527. Gugenhine *v.* Gerk, Chief of Police, et al. Jurisdictional statement submitted January 5, 1931. Decided January 12, 1931. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a) of the Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c), Judicial Code as amended (43 Stat. 936, 938), certiorari is denied. *Mr. Freeman L. Martin* for appellant. *Mr. Stratton Shartel*, Attorney General of Missouri, for appellees.

No. —, original. Ex parte Delaware Bay & River Pilots Assn. Submitted January 12, 1931. Decided January 19, 1931. The motion for leave to file petition for writ of mandamus is denied. *Mr. Otto Wolff, Jr.,* for petitioner.

No. 512. United States *v.* Malcolm. Reported *ante,* p. 792.